# United States Bankruptcy Court
## District of Massachusetts

In re   **Francis K LaPlume** _____    Case No. _____
                                                    Debtor(s)          Chapter   **13** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **1,000.00** |
| Balance Due | $ | **2,500.00** |

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
          **Exemption planning; Filing of Suggestion(s) of Bankruptcy; Drafting and mailing of Stop Collection Letters; The preparation and filing of motions pursuant to 11 USC 522(f) for the avoidance of judicial liens; The preparation and drafting of oppositions to motions for relief from stay; Rendering advice regarding the filing of Reaffirmation Agreements; Dischargeability actions mutually agreed upon in writing, as referenced in Standing Order 2013-02; and the drafting and filing of amended schedules as the need arise. However, any additional costs for filing motions or other proceedings must be paid for by the debtors as they may occur.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtor(s) in; Negotiations with secured creditors for the purpose of applying for a mortgage modification (but Attorney will file at no additional cost the required Motions to Approve mortgage modifications as required); and any issues related to information reported on the debtor(s)' credit report(s). It is agreed that should the parties agree for continued representation by Perkins & Anctil, P.C. for these excluded matters, it shall be at a then agreed upon hourly rate plus costs.**

In re   **Francis K LaPlume**                                      Case No. _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 10, 2014**                          **/s/ David R. Chenelle**
                                                    **David R. Chenelle 628424**
                                                    **Perkins & Anctil, P.C.**
                                                    **6 Lyberty Way**
                                                    **Suite 201**
                                                    **Westford, MA 01886**
                                                    **978-496-2000   Fax: 978-496-2002**
                                                    **dchenelle@perkinslawpc.com**

---

Date   **June 10, 2014**                Signature   **/s/ Francis K LaPlume**
                                                    **Francis K LaPlume**
                                                    Debtor