UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Francis K. LaPlume            )
                                     )    Chapter 13
                                     )    Case No. __14-41313-MSH__
                                     )
                                     )
                      Debtor.        )
_____)

## MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The debtor hereby modifies the Chapter 13 plan previously filed in this case as follows:

__X__  Unsecured dividend changed from __5.6815__ % to __5.7015__ %.

__X__  Plan payments are changed from __$336.00__ to __$345.00__ each __month__.

_____  The term of the plan is reduced to _____ months.

_____  The treatment of claims shall be changed as follows:

   Harley Davidson Financial shall be paid its secured claim in full in the amount of $8,149.68 (per its claim filed 07/18/2014) together with interest at 6%, for a total amount of $9,076.27.

   There is *NO* undersecured portion of the Harley Davidson Financial claim to be paid through the Plan.

   The total unsecured claims shall be in the amount of $41,387.13.

   The Trustee's recalculation of the dividend to the unsecured creditors and the Plan payment.

   Notice to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

DATED: __7/28/14__                    _____
                                      ATTORNEY FOR DEBTOR(S)

                                      _____
_____       ATTORNEY FOR CHAPTER 13 TRUSTEE
DEBTOR

_____       _____
DEBTOR                                ATTORNEY FOR CREDITOR