# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | ) |
| | ) |
| Francis K. LaPlume | ) Chapter 13 |
| | ) Case No. 14-41313-MSH |
| Debtor. | ) |

## ORDER CONFIRMING CHAPTER 13 PLAN

The debtor filed a Chapter 13 Plan (the "Plan") on June 10, 2014. The debtor filed a Certificate of Service dated June 10, 2014, reflecting that the Plan was served on all creditors and parties in interest. No objections to the confirmation of the Plan were filed or all objections were overruled by the Court or resolved by the parties. Upon consideration of the foregoing, the Court hereby orders the following:

1. The Plan is confirmed. The term of the Plan is 45 months.

2. The debtor shall pay to the Chapter 13 Trustee the sum of **$345.00** per month commencing August 25, 2014, which payments shall continue through completion of the Plan and shall be made on the 25th day of each month unless otherwise ordered by the Court. **Payments shall be made by Money Order or Bank Treasurer's check (personal checks will not be accepted) and shall be made payable to and forwarded to:**

    **Denise M. Pappalardo, Chapter 13 Trustee**
    **P.O. Box 16607**
    **Worcester, MA 01601**

3. The effective date of confirmation of the Plan is August 25, 2014. The disbursements to be made by the Chapter 13 Trustee pursuant to the confirmed plan are set forth on the attached summary which is incorporated by reference. Interested parties should consult the detailed provisions of the Plan for treatment of their particular claims and other significant provisions of the Plan. Pursuant to 11 U.S.C. § 1327, the provisions of the confirmed Plan bind the debtor and all creditors. The conditions for vesting of real property in the debtor are set forth in Section E, Other Provisions, of this order.

Dated:_____    _____ 08/25/2014
United States Bankruptcy Judge

## SUMMARY OF DISBURSEMENTS TO BE MADE UNDER THE PLAN

A. **Secured Claims**

　1. Modified Secured Claims

The secured claim of Harley Davidson Financial is being modified as follows: the secured claim in the amount of $8,149.68 will be paid over 45 months together with interest at the rate of 6%, namely $926.59 for a total of **$9,076.27**.

　2. Unmodified Secured Claims

NONE

　3. Real Estate Tax Claims

NONE

B. **Administrative Claims**

| Creditor | Claim | Term |
|---|---|---|
| David R. Chenelle, Esq. | $ 2,500.00 | 12 Months |

C. **Priority Claims**

　1. Other Tax Claims

| Creditor | Claim | Term |
|---|---|---|

NONE

D. **Unsecured Claims**

The Plan provides for a minimum **5.7015%*** dividend payment to unsecured creditors in the amount of $41,387.13.

**E.   Other Pertinent Provisions**

   *   This is a "pot plan", in which the total of all payments in respect to unsecured creditors is a constant amount. The Trustee shall distribute this amount ratably amongst holders of allowed unsecured claims. The percentage dividend stated in this plan is an estimate based on claims currently known to the Debtor and does not govern the amount of payments to general unsecured creditors. General unsecured creditors are advised that they may receive more or less than the percentage dividend stated in this plan, depending on the total of allowed unsecured claims.

   Unless otherwise ordered by the court, all property of the estate as defined in 11 U.S.C. §§ 541 and 1306, including but not limited to, any appreciation in the value of real property owned by the debtor as of the commencement of the case, shall remain property of the estate during the term of the plan and shall vest in the debtor only upon the discharge. All property of the estate shall remain within the exclusive jurisdiction of the bankruptcy court.   The debtor shall not transfer, sell or otherwise alienate property of the estate other than in accordance with the terms of the confirmed plan or other order of the bankruptcy court.   The debtor shall be responsible for preserving and protecting property of the estate.

# CERTIFICATE OF SERVICE

  I hereby certify that on this date a true copy of this Order Confirming Chapter 13 Plan and Modification of Plan Prior to Confirmation, if any, was served by first class mail, postage pre-paid, and/or electronically upon the debtor, debtor's counsel of record, and all other interested parties who have filed a Notice of Appearance.

| | |
|---|---|
| Dated:   August 25, 2014 | By:  /s/ Denise M. Pappalardo – lec |
| | Denise M. Pappalardo, BBO#553293 |
| | denisepappalardo@ch13worc.com |
| | Chapter 13 Trustee |
| | P.O. Box 16607 |
| | Worcester, MA 01601 |
| | (508) 791-3300 |

## SERVICE LIST

Francis K. LaPlume
370 Daniels Street
Fitchburg, MA 01420

David R. Chenelle, Esq.
Attorney for Debtor
Perkins & Anctil, P.C.
Six Lyberty Way, Suite 201
Westford, MA 01886

The Bureaus, Inc.
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605